IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00085-ZLW

UNITED STATES OF AMERICA,

  Plaintiff,

v.

U.S. PRESIDENT GEORGE W. BUSH,
CHIEF JUSTICE JOHN G. ROBERTS,
ATTORNEY GENERAL ALBERTO GONZALES, and
FBI DIRECTOR ROBERT MUELLER,

  Defendants.

---

ORDER OF DISMISSAL

---

Anthony P. Keyter has filed *pro se* a document titled "Affidavit of Complaining Witness/Criminal Complaint." The clerk of the Court will be directed to commence a criminal action. For the reasons stated below, the action will be dismissed.

Mr. Keyter is attempting to initiate a federal criminal prosecution. He seeks to invoke the authority of United States attorneys under 28 U.S.C. § 547 to prosecute for offenses against the United States. He may not do so. Courts universally endorse the principle that private citizens cannot prosecute criminal actions. *See, e.g., Cok v. Cosentino*, 876 F.2d 1, 2 (1st Cir.1989) (per curiam); *Connecticut Action Now, Inc. v. Roberts Plating Co.*, 457 F.2d 81, 86-87 (2d Cir.1972) ("It is a truism, and has been for many decades, that in our federal system crimes are always prosecuted by the Federal Government, not as has sometimes been done in Anglo-American jurisdictions by

private complaints."); **Winslow v. Romer**, 759 F. Supp. 670, 673 (D. Colo.1991) ("Private citizens generally have no standing to institute federal criminal proceedings."). Therefore, Mr. Keyter lacks standing to file a criminal complaint and maintain this criminal action. Accordingly, it is

ORDERED that the "Affidavit of Complaining Witness/Criminal Complaint" and the action are dismissed for lack of standing.

DATED at Denver, Colorado, this 21 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court